IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL HAWN,  )
    Plaintiff )
 )
vs. ) Civil Action No. 07-91
 ) Judge Gary L. Lancaster/
JEFFREY BEARD, Secretary, PA ) Magistrate Judge Amy Reynolds Hay
Department of Corrections; WILLIAM )
STICKMAN, Western Region Deputy )
Secretary, PA Dept. Of Corr.; CATHERINE )
McVEY, Chairman, PA Board of Probation )
and Parole; LAWRENCE MURRAY, )
Board Secretary, PA Board of Probation )
and Parole; MR. PARKER, Board Member, )
PA Board of Probation and Parole; MR. )
WEBSTER, Board Member, Pennsylvania )
Board of Probation and Parole; PAUL )
STOWITZKY, Superintendent; DEBRA )
SAUERS, Deputy Superintendent; )
EDWARD PAVLICK, Unit Manager; )
GEORGE MESAROS, Counselor; )
MAURICE DAVIS, Counselor; SUE )
KELLY, Unit Manager; BARBARA )
PALLADINO, Psychologist; MARIANNE )
SNIDER, Institution parole Supervisor; )
BYRON BROCKLEHURST, Unit Manager )
Names of all people the suirt is against, )
individually and in their official capacities, )
    Defendants )

## **ORDER**

AND NOW, this 21 day of March, 2008, after the Plaintiff,

Michael Hawn, filed an action in the above-captioned case, and after Defendants filed a Motion to

Dismiss, and after a Report and Recommendation was filed by the United States Magistrate Judge

giving the partied until March 17, 2008 to file written objections thereto, and objections having

been filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss [22] is granted and the complaint is dismissed for failure to state a claim upon which relief can be granted; in the alternative, the complaint is dismissed sua sponte pursuant to the PLRA as frivolous or malicious because it is duplicative.

IT IS FURTHER ORDERED that Plaintiff's Motion for a Court Conference [31] is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Michael Hawn
BU-7266
SCI Rockview
Box A
Bellefonte, PA 16823-0820

Mary Lynch Friedline
Deputy Attorney General
Office of the Attorney General
6th floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219